UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


| | | |
|---|---|---|
| **MINNIE B. ROBERTSON, ET AL** | * | **CIVIL ACTION** |
| | * | |
| **Versus** | * | **NO. 04-995** |
| | * | |
| **MONSANTO COMPANY** | * | **SECTION "J"** |
| | * | |
| | * | **MAG. DIV. 3** |

**PLAINTIFFS' AMENDED WITNESS AND EXHIBIT LIST**


  **NOW INTO COURT,** through undersigned counsel, come plaintiffs Minnie B. Robertson, *et al.*, and submit the following witness and exhibit list for the bellweather trial scheduled for December 1-4, 2008.

**I. WITNESSES:**

Plaintiffs may call the following witnesses:

1. Dr. Erno Sajo

2. Dr. C.B. Scrignar

3. Mr. Paul D'Amico

4.      Mr. Jeffery Delaney

5.      Ms. Deborah Strand

6.      Mr. Sidney J. Vial

7.      Ms. Karen Landry

8.      Mr. Isiah Baldwin

9.      Ms. Ladonnica White

10.     Ms. Geneva Cook

11.     Ms. Erline Norman Cazalot

12.     Mr. Duanne Cormier Cazalot

13.     Any witness listed or called by any other party

## II.     TRIAL PLAINTIFFS (10 of 20 will be called):

1.      Gale Turner

2.      Shirley Preston

3.      Louis Turner, Sr.

4.      Rosalie Williams

5.      Brenda Borne

6.      Bobbie Williams

7.      Ramona Kelly

8.      Tiffany Brown

9.      Errol Bethancourt

10.     Hazel Paul

11.     Kurt Becnel

12.     Dianne Baham

13.    Doris Pierce

14.    Kim Poche

15.    Lillian Pierce

16.    Gisele Becnel

17.    Irene Gordon

18.    Theola Gullage

19.    Patricia Thomas

20.    Sedalia Fiffie

**III.    EXHIBITS:**

Plaintiffs may use the following exhibits:

1.    Expert report of Dr. Erno Sajo and any information relied on or referenced in the report

2.    Expert report of Dr. C.B. Scrignar and any information relied on or referenced in the report

3.    Photographs of unit and area of unit

4.    Wind and weather data

5.    Deposition exhibits and documents referenced in depositions

6.    Community complaint reports

7.    Monsanto incident report

8.    Monsanto investigation team report

9.    Emergency Response reports

10.    Bobby Williams' medical records

11.    All documents produced by Monsanto

12.    Any document listed or offered by any other party

Respectfully submitted,

/s/ Richard M.  Martin, Jr.
Richard M. Martin, Jr., (#8998)
20 Versailles Boulevard
New Orleans, LA 70125
Telephone/Fax: (504) 861-8476
rmmjr@cox.net

and

Andrew A. Lemmon (#18302)
Irma L. Netting (#29362)
Lemmon Law Firm
15058 River Road
P.O. Box 904
Hahnville, Louisiana 70057
(985) 783-6789
Andrew@lemmonlawfirm..com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that on September 29, 2008, I electronically filed the foregoing with the Clerk of

Court by using the CM/ECF system which will send a notice of electronic filing to the following:


Nicole M. Duarte
nduarte@lemle.com
Darryl J. Foster
dfoster@lemle.com


I further certify that there are no non-CM/ECF participants that would require a first-class

mailing to of the foregoing document and notice of electronic filing.

/s/ Richard M.  Martin, Jr