UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MINNIE B. ROBERTSON, ET AL          CIVIL ACTION

VERSUS                              NO: 04-995

MONSANTO COMPANY                    SECTION: "J" (3)

**ORDER**

Before the Court is plaintiffs' **Motion to Exclude Expert Testimony (Rec Doc. 107)** and defendant's **Motion to Exclude Testimony of Plaintiffs' Expert, Erno Sajo (Rec. Doc. 109)**. These motions, which are opposed, were set for hearing on October 15, 2008 on the briefs. Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds that both motions should be denied. The issues raised in these motions were previously addressed and decided by the Court in this case. See Order and Reasons (Rec. Doc. 33). Accordingly,

**IT IS ORDERED** that plaintiffs' **Motion to Exclude Expert Testimony (Rec Doc. 107)** is hereby **DENIED.**

**IT IS FURTHER ORDERED** that defendant's **Motion to Exclude Testimony of Plaintiffs' Expert, Erno Sajo (Rec. Doc. 109)** is hereby **DENIED.**

New Orleans, Louisiana, this 24th day of November, 2008.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE