UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MINNIE B. ROBERTSON, ET AL | * | CIVIL ACTION |
| | * | |
| Versus * | | NO. 04-995 |
| | * | |
| MONSANTO COMPANY | * | SECTION "J" |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE DIVISION 5 |

## <u>MONSANTO'S WILL CALL WITNESS LIST</u>

Pursuant to the Court's Scheduling Order of November 20, 2008, Monsanto provides the following will-call witness list:

1. Mark Savoie (Monsanto employee)

2. Debra Strand (Monsanto employee)

3. Paul D'Amico (Monsanto employee)

4. Mike Guillory (Monsanto employee)

5. John Hicks (Monsanto employee)

6. Dr. Palo Zannetti (expert)

7. Dr. Douglas Swift (expert)

8. Bruce Eley (expert)

9. Plaintiffs under cross examination

10. Any other witness, including expert witnesses listed or called by plaintiffs.

Respectfully submitted,
s/Darryl J. Foster_____
DARRYL J. FOSTER, TA (#5734)
MICHAEL S. SEPCICH (#24877)
KIMBERLY C. DELK (28018)
**BRADLEY MURCHISON KELLY & SHEA LLC**
Attorneys for Defendant, Monsanto Company
2700 Energy Centre
1100 Poydras Street
New Orleans, Louisiana  70163
Telephone:  (504) 596-6300
Fax No.:(504) 596-6301
Email: dfoster@bradleyfirm.com
msepcich@bradleyfirm.com
kdelk@bradleyfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on 16th day of March, 2009, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: Andrew Lemmon and Richard Martin.

        s/Darryl J. Foster_____
        DARRYL J. FOSTER, TA (#5734)
        MICHAEL S. SEPCICH (#24877)
        KIMBERLY C. DELK (28018)
        **BRADLEY MURCHISON KELLY & SHEA LLC**
        Attorneys for Defendant, Monsanto Company
        2700 Energy Centre
        1100 Poydras Street
        New Orleans, Louisiana  70163
        Telephone:  (504) 596-6300
        Fax No.:(504) 596-6301
        Email: dfoster@bradleyfirm.com
        msepcich@bradleyfirm.com
        kdelk@bradleyfirm.com